IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GREGORY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON DENTAL GROUP, et al.<br><br>Defendants. | Case No. 2010-cv-01268 CW-DBP<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

UPON STIPULATION of the parties, and good cause appearing therefrom,

IT IS HEREBY ORDERED: dismissing Case No. 2010-cv-01268 CW-DBP with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this __4th__ day of ____March____, 2014.

By _____
The Honorable Clark Waddoups
U.S. District Court Judge

1

290026.1